# Office of the Sheriff
## County of Warren
Warren County Courthouse
413 2nd Street
Belvidere, NJ 07823

David P. Gallant, Sheriff
Phone: 908-475-6309
Fax: 908-475-6360
Email: dgallant@co.warren.nj.us



*Undersheriffs:*
Kenneth J. McCarthy
William D. Lundon

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michael J. Viscount, Jr., Esq.<br>Sandra Hickman, Paralegal | Michele Lake |
| **COMPANY:** | **DATE:** |
| Fox Rothschild LLP | 12/8/2011 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 609-348-6834 | 6 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 609-572-2227/609-348-4515 | F 18168 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Liberty Bell Capital<br>Vs: Hillcrest Medical Plaza | Your File #061134.00003 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Mr. Viscount,

Hillcrest Medical Plaza LLC has provided redemption funds to our office at 12:50 pm.

Please see attached confirming documentation. Funds will be deposited today.

*Thank you,*
*Michele Lake*

**EXHIBIT D**

If this message is incomplete please call (908) 475-6393. This message is intended for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

# Office of the Sheriff

## County of Warren
*Law Enforcement/Corrections Divisions*
Warren County Courthouse
413 2nd Street
Belvidere, NJ 07823

David P. Gallant, Sheriff
Phone: 908-475-6309
Fax: 908-475-6360
Email: dgallant@co.warren.nj.us



*Undersheriffs:*
Kenneth J. McCarthy
William D. Lundon

*Warden:*
Robert Brothers

December 8, 2011

Michael J. Viscount, Jr., Esq.
FOX ROTHSCHILD, LLP
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401

Paul McArthur, Managing Member
Hillcrest Medical Plaza LLC
83 Princeton Avenue, #3C
Hopewell, NJ 08505

Re: Liberty Bell Capital
Vs: Hillcrest Medical Plaza, LLC
Docket No. F-000468-11
Sheriff # 18168

To All Concerned Parties:

This will serve to confirm the Warren County Sheriff's Office has received the amount of $11,479,750.92 via official bank check issued from National Penn Bank bearing check No. 686594, issued from the account of Hillcrest Medical Plaza LLC.

This amount is satisfactory to redeem the above matter from the foreclosure Sheriff Sale which was conducted on November 28, 2011. A statement of judgment, fees, and commissions is attached. Also attached hereto is copy of the redemption check and the Corporate Resolution from Hillcrest Medical Plaza.

Very truly yours,

Michele Lake
Sr. Execution Clerk

cc: David P. Gallant, Sheriff
Joseph J. Bell, Esq., Warren County Counsel
Timothy P. McKeown, Esq.

Liberty Bell vs Hillcrest Medical

## JUDGMENT CALCULATIONS FOR NOVEMBER 28 SALE DATE:

| | |
|---|---:|
| Judgment | $ 10,946,138.40 |
| Contract Interest @7.250% from 9/30/11 to 10/26/11) | 56,529.98 |
| Judgment Interest @2.5% from 10/27 to 11/28/11 (33 days interest / per diem is $749.74) | 24,741.42 |
| Taxed Costs | 8,729.80 |
| Interest on Taxed Costs @2.5% from 10/27/11 to 11/28/11 (33 days interest / per diem is $0.60) | 19.80 |
| **TOTAL JUDGMENT, INTEREST, COSTS** | **$ 11,036,159.40** |

Commission:
6% of $     5,000.00                               $         300.00
4% of $ 11, 031,159.40                              441,246.38
                                                   $     441,546.38

Fees & Newspaper:                                         2,045.14
**TOTAL COMM., FEES, & NEWSPAPER**      $     443,591.52

**UPSET TOTAL FOR SALE DATE**           $  11,479,750.92

REC'D
WARREN CO
SHERIFF

11 DEC -8 PM 12:50



OFFICIAL CHECK

NATIONAL PENN BANK

686594

12/08/2011

11,479,750.92

NON NEGOTIABLE

WARREN COUNTY SHERIFF

HILLCREST MEDICAL PLAZA LLC
ACCOUNT NUMBER: 217731333

# HILLCREST MEDICAL PLAZA, LLC

Action of the Sole Member by
Written Consent

December 8 2011

The undersigned being Sole Member of Hillcrest Medical Plaza, LLC, a New Jersey limited liability company (the "Company"), in lieu of a special meeting, does hereby consent to the adoption of the following resolution by unanimous consent with effect from the date set forth above:

## I.
## APPOINTMENT OF INMED INVESTORS, LLC AS MANAGING MEMBER

WHEREAS, WH Memorial Parkway, LLC ("WHM") was the owner of fifty percent (50%) of the membership interests of the Company; and

WHEREAS, pursuant to Article 7.1 (b) of the Company's Operating Agreement WHM was appointed Manager of the Company for so long as WHM is a Member; and,

WHEREAS, on December 8, 2011, WH Memorial Parkway, LLC, assigned to the Company all of its right, title and interest in its membership interest in the Company (the "Assignment"); and

WHEREAS, as a result of the Assignment, Inmed Investors, LLC ("Inmed") is the sole remaining Member of the Company; and

WHEREAS, Article 7.1 (b) of the Company's Operating Agreement provides that in the event that neither WHM nor any other affiliate of Warren Hospital is a Member, that Inmed Investors, LLC ("Inmed") shall have the right to appoint the Manager; and

WHEREAS, the Inmed has determined that it is in the best interest of the Company to appoint Inmed as Manager of the Company;

NOW, THEREFORE, BE IT:

RESOLVED, that Inmed be and is hereby appointed Manager of the Company with the complete and unrestricted power and authority to manage the business, properties and activities of the Company in its sole and exclusive discretion in accordance with Article 7.1 (a) of the Company's Operating Agreement.

1

INMED INVESTORS, L.L.C
a New Jersey limited liability company

By: HZFPM, L.L.C, its Managing Member

By: _____
Name: Paul McArthur
Title: Managing Member of HZFAM, LLC
its Managing Member

Subscribed and Sworn to me this
Day 8 of December, 2011

_____
Michael J. Perrucci, Esq.
Attorney-at-Law of the State of New Jersey