UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIBERTY BELL CAPITAL II, LP, <br><br> Plaintiff, <br><br> v. <br><br> WARREN HOSPITAL, WH MEMORIAL PARKWAY INVESTORS, L.L.C., WARREN HEALTH CARE ALLIANCE, P.C., and TWO RIVERS ENTERPRISES, INC. <br><br> Defendants. | Civil Action No. 13-4241 (FLW) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by Philip S. Rosenzweig, Esq., counsel for Defendants Warren Hospital, WH Memorial Parkway Investors, L.L.C., Warren Health Care Alliance, P.C. and Two Rivers Enterprises, Inc. (collectively, "Defendants"), on a motion to dismiss; it appearing that Plaintiff Liberty Bell Capital II, LP, through its counsel, Alan L. Frank, Esq., opposes the motion; it appearing that the Court having considered the parties' submissions in connection with the motion pursuant to Fed R. Civ. P. 78, for the reason set forth in the Opinion filed on even date and for good cause shown,

**IT IS** on this 10th day of April, 2014,

**ORDERED** that Defendants' motion to dismiss is **DENIED**.

/s/   Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.