UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LIBERTY BELL CAPITAL II, L.P.,** | : |
| **Plaintiff,** | : Civil Action No. 13-4241 (FLW) |
| v. | : ORDER |
| **WARREN HOSPITAL,** *et al.*, | : |
| **Defendant.** | : |

This matter has been brought before the Court by Jeffrey S. Feldman, Esq., attorney for Defendants, on Motion for an Order allowing Norman E. Greenspan, Esq., to appear and participate *pro hac vice*. [Docket Entry No. 31]. As represented to the Court during the June 17, 2014 Initial Conference in this matter, the Motion is unopposed. Thus, the Court, having considered the moving papers and this matter being considered without oral argument pursuant to L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this   17th   day of    June,    2014,

ORDERED that Norman E. Greenspan, Esq., be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by Jeffrey S. Feldman, Esq., attorney of record for Defendants, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Norman E. Greenspan, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Norman E. Greenspan, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Norman E. Greenspan, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that Norman E. Greenspan, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Norman E. Greenspan, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                                                     s/ Tonianne J. Bongiovanni  
                                                     **TONIANNE J. BONGIOVANNI**  
                                                     **UNITED STATES MAGISTRATE JUDGE**

**THE CLERK OF THE COURT IS DIRECTED TO TERMINATE THIS MOTION (DOCKET ENTRY NO. 31) ACCORDINGLY.**